## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>BRICIO BARRANCO-MIRANDA,<br><br>            Defendant. | Case No.: 14CR3201-JLS<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

   Upon motion of the United States of America and good cause appearing,

   IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

   IT IS SO ORDERED.

Dated:   December 3, 2014

Hon. Janis L. Sammartino
United States District Judge